UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-24344-CIV-MORENO

ANDRES GOMEZ,

      Plaintiff,

vs.

PAYLESS SHOESOURCE, INC.,

      Defendant.

_____/

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND
PLACING MATTER IN A CIVIL SUSPENSE FILE**

THIS CAUSE THIS CAUSE came before the Court upon the Suggestion of Bankruptcy (D.E. 30), filed on **April 5, 2017**.

Payless ShoeSource, Inc. filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Missouri. 11 U.S.C. § 362(a) automatically operates to stay this cause. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.    This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **July 12, 2017**, and every 3 months thereafter of the current status of the Bankruptcy proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12th___ of April 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record